IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTONIO G. RAMIREZ, JR.,

        Petitioner,

v.

        Case No. 14-cv-802-jdp

LIZZIE TEGELS,

        Respondent.

---

JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of petitioner Antonio G. Ramirez, granting his petition for writ of habeas corpus under 28 U.S.C. § 2254 and dismissing this case. The State of Wisconsin must release Ramirez from custody unless, within 90 days of the date of this decision, the state grants Ramirez a new appeal, with the assistance of appointed counsel, in which he will have the opportunity to advance the Confrontation Clause arguments that his appellate counsel should have raised.

Approved as to form this 26TH day of September, 2019.

_____
James D. Peterson
District Judge

_____    9/26/19
Peter Oppeneer              Date
Clerk of Court