IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANTONIO G. RAMIREZ, JR.,

      Petitioner,

    v.                          Case No. 14-CV-802

LIZZIE TEGELS,

      Respondent.

---

## NOTICE OF APPEAL

---

Notice is hereby given pursuant to Fed. R. App. P. 3(a) and (c) and 4(a)(1)(A) that Warden Lizzie Tegels hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment granting Antonio G. Ramirez, Jr.'s petition for a writ of habeas corpus, entered on September 26, 2019, by the United State District Court for the Western District of Wisconsin, the Honorable James D. Peterson, presiding.

Dated in Madison, Wisconsin this 25th day of October 2019.

JOSHUA L. KAUL
Wisconsin Attorney General

s/ Jacob J. Wittwer
JACOB J. WITTWER
Assistant Attorney General
State Bar #1041288

Attorney for Respondent

Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-1606
(608) 266-9594 (Fax)
wittwerjj@doj.state.wi.us